IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LOUIS A. OLONA,

    Petitioner,

vs.

JANSEN, Warden; and OMAHA CORRECTIONAL CENTER,

    Respondents.

8:24CV476

**MEMORANDUM AND ORDER**

On December 30, 2024, the Court denied Petitioner's motion to proceed in forma pauperis and directed Petitioner to pay the $5.00 filing fee within 30 days or his Petition was subject to dismissal without further notice. Filing No. 5. To date, Petitioner has not paid the $5.00 fee. Accordingly, the Court will require Plaintiff to show cause why this case should not be dismissed for his failure to comply with the Court's order. Absent a sufficient response, the case will be subject to dismissal.

IT IS THEREFORE ORDERED that:

1. Plaintiff will have 30 days to show cause why this case should not be dismissed for failure to pay the $5.00 fee or submit a request to proceed in forma pauperis. In the absence of cause shown, this case will be dismissed without prejudice and without further notice.

2. The Clerk of Court is directed to set a pro se case management deadline in this case using the following text: **March 31, 2025**: check for response to show cause order.

Dated this 27th day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge