IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOUIS A. OLONA,<br><br>            Petitioner,<br><br>vs.<br><br>JANSEN, Warden; and OMAHA CORRECTIONAL CENTER,<br><br>            Respondents. | 8:24CV476<br><br>**MEMORANDUM AND ORDER** |

On February 27, 2025, the Court directed Petitioner Louis A. Olona to show cause why this case should not be dismissed for his failure to comply with the Court's December 30, 2024, order requiring him to pay the $5.00 filing fee. Filing No. 7 (citing Filing No. 5). Specifically, Petitioner was instructed that he had 30 days from February 27, 2025, to show cause why this case should not be dismissed for failure to pay the $5.00 fee. *Id.* Petitioner was also informed that in the absence of cause shown, his case would be dismissed without prejudice and without further notice. *Id.*

To date, Petitioner has not paid the filing fee or otherwise responded to the show cause order and the time in which to do so has passed.

IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to pay the filing fee and failed to comply with this Court's orders. No certificate of appealability has been or will be issued. The Court will enter judgment by a separate document.

Dated this 10th day of April, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge